UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAR OUT MUSIC, *et al.*<br><br>      Plaintiffs,<br><br>  v.<br><br>RONNIE MANNING<br><br>      Defendant. | Case No. 3:08-cv-00586-DRH-DGW<br><br>**Chief Judge Herndon** |

## TURNOVER ORDER

THIS CAUSE COMING to be heard on plaintiffs' motion for entry of turnover order, due notice having been given to defendant and the garnishee, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Peoples National Bank shall (a) turn over to Steven J. Reynolds, of DLA Piper LLP (US), 203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601, as counsel for plaintiffs, the sum of $186.74 from the funds that it currently holds in the name of defendant Ronnie Manning with the funds made payable to "ASCAP" on behalf of plaintiffs; and (b) garnish any additional funds that it now holds or that it comes to hold in the future in the name of defendant, up to a total amount of $ 22,485.07, giving written notice to plaintiffs' counsel of such additional garnishments, until such

time as defendant has satisfied the judgment amount and plaintiffs file a Satisfaction of Judgment with this Court.

**SO ORDERED:**

**Dated: January 18, 2012**

David R. Herndon
2012.01.18
13:46:11 -06'00'

Chief Judge
**United States District Court**